AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC -5 AM 11:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

36 C.F.R. section 4.30(d)(1)
--Possession of a Bicycle in a Wilderness Area

E-filing

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

PENALTY:

Maximum Prison Term: 6 months
Maximum Fine: $5,000
Mandatory Special Assessment: $10

DEFENDANT - U.S.

BARRY LONDON

DISTRICT COURT NUMBER

CR 07 0769 MAG

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

National Park Service, Park Rangers

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 6/21/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM: SCOTT N. SCHOOLS

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): WENDY THOMAS

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:



SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

E-filing

FILED
07 DEC -5 AM 11:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BARRY LONDON,<br><br>Defendant. | No. CR 07<br><br>VIOLATIONS: 36 C.F.R. § 4.30(d)(1) - Possession of a Bicycle in a Wilderness Area (Class B Misdemeanor)<br><br>SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 4.30(d)(1) - Possession of a Bicycle in a Wilderness Area

On or about June 21, 2007, in the Northern District of California, within the boundaries of an area administered by the National Park Service, the defendant,

BARRY LONDON,

//

//

//

did possess a bicycle in a wilderness area, in violation of Title 36, Code of Federal Regulations, Section 4.30(d)(1), a Class B Misdemeanor.

DATED: 12/4/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: ____________)
WENDY THOMAS
Special Assistant United States Attorney