rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Brenda Tolbert | REPORTER/FTR<br>10:49 2:30 | |
| MAGISTRATE JUDGE<br>HON. MARIA-ELENA JAMES | DATE<br>December 11, 2007 | NEW CASE ☐ | CASE NUMBER<br>CR-07-0769 MAG |

### APPEARANCES

| DEFENDANT<br>BARRY F. LONDON | AGE | CUST<br>N | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Barry London, Pro Se | PD. ☐  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Jalyn Wang, L.C. | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Ameilia Berthelsen | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☒ OTHER<br>Court Trial |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**FILED**

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED<br>DATE: |
|---|---|---|---|---|

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| PROPERTY TO BE POSTED<br>☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Also Appearing: Derek Owens, Wendy Thomas. Govt Calls Brian Lake-Direct, Cross, Re-direct, Re-cross. Govt also Calls Eric Peterson-Direct, Crossand Re-direct. Deft takes stand on his behalf-Cross. Deft Calls Cola Smith-Direct. Court will issue Order/Decision.
BT, PTS

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**FILED DEC 11 2007**
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

District of: Northern — California

U.S. v. Barry F. London

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR-07-769 MAG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Maria-Elena James | Jalyn Wang, LC | Barry London Pro Se |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Dec. 11, 2007 | FTR: | Brenda Tolbert |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Case Called |
| | | | | | Court in Session |
| | | | | | 10:40 |
| | | 10:48 | | π | Wendy Thomas, Jalyn Wang & Derek Owens for AUSA. |
| | | | | D | Barry London - Pro Se |
| | | | | D | stated EDL was issued order to have Park trails re routed for Bike Trials. AUSA is unaware of this order. |
| | | | | | D obj's without the previous order. |
| | | | | | Court to proceed with trial. |
| | | | | | Recess. Parties |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
|  | discussing resolution |  |  |
| 11:11 | In Session |  |  |
|  | Plt call Brian Lake. W.t Sworn |  |  |
| 11:12 | DIR Examn - Lake Employed at Lake Mead |  |  |
| Exh 1 | Map Bear Valley Visitor Center | ✓ | ✓ |
| 11:23 | CROSS Examn - Lake |  |  |
| 11:34 | D's shows photo |  |  |
| Exh 1 | Photo of Road | ✓ |  |
| 11:49 | Photos 2-6 depicts no bike signs. | ✓ |  |
| 12:00 | RE-DIR - LAKE |  |  |
| 12:08 | RE-CROSS - LAKE |  |  |
| Exh 7-A | Photo - sign. | ✓ |  |
| Exh - 7-10 | Def's - Photos | ✓ |  |

PLAINTIFF'S EXHIBIT RECORD

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| 12:21 | W.t Excused | | |
| Gov't - | Eric Peterson W.t Sworn | | |
| | DIR-Examn-Peterson | | |
| Gov't's | Exh 4 - 4 photos on sheet depicting signs | ✓ | |
| Gov't's | Exh 3 & 4 in Evd. | ✓ | ✓ |
| 12:35 | Cross - PETERSON | | |
| 1:00 | RE-DIR - PETERSON | | |
| 1:01 | W.t Excused | | |
| | Gov't REST | | |
| | D Calls Himself | | |
| 1:02 | Barry London Reads Statement | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| 1:14 | # P078043 previous case # | | |
| 1:32 | Recess | | |
| 1:41 | Continues with Statement | | |
| 1:44 | CROSS EXAMN - LONDON | | |
| 1:55 | | | |
| 1:56 | Δ calls: Colan Smith  DIR-EXAMN-SMITH | | |
| 2:14 | W.t Excused | | |
| Exh 11 | Receipt of $50 payment Memo to Lili Hanall 9-5-07. a statement | ✓ | ✓ |
| | Court allows deft to admit Exh 12 - Wilderness Act of 1964 Exh 13 - Congress Intent Exh 14 - Trail M & M Exh 15 - Road & Trails | ✓ ✓ ✓ ✓ | ✓ ✓ ✓ ✓ |

EXHIBIT RECORD

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Exh 16 | Impact of Mountain Biking | ✓ | ✓ |
| | Parties will submit closing in writing by 12-14-07 | | |
| | Court Adj'd | | |
| | 2:23 | | |